IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION
**HAYDEN HEAD**
**SENIOR U. S. DISTRICT JUDGE**, VISITING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 11-299-ss |
| | § | SECTION HH |
| AARON F. BROUSSARD | § | |

## ORDER DENYING DEFENDANT BROUSSARD'S POST-PLEA OF GUILTY MOTIONS

On August 25, 2012, Defendant Aaron Broussard pleaded guilty to conspiracy to commit theft, bribery, and wire fraud in violation of 18 U.S.C. § 371 and to theft in violation of 18 U.S.C. § 666(a)(1)(A) and 18 U.S.C. § 2. (D.E. 117, 196, 198). Sentencing was ordered for February 25, 2013. Presentence investigation and report to the Court are now underway.

On December 17, 2012, Defendant Broussard resurrected his earlier motion to recuse the United States Attorney for the Eastern District of Louisiana and moved to convene an evidentiary hearing to examine alleged Grand Jury leaks and prosecutorial misconduct. (D.E. 205). Defendant Broussard relies on recent public disclosure and admissions related to two former Assistant United States Attorneys of the Eastern District of Louisiana and their affinity for blogging their opinions on alleged criminal activities of certain members of the New Orleans community, including those of Defendant Broussard. Defendant Broussard also seeks the Court to rule on motions that were once before the Court but withdrawn by him before his pleas of guilty. He does not move to dismiss the indictment. Neither has he

sought to withdraw his pleas of guilty pursuant to Federal Rule of Criminal Procedure 11(d). Likewise, no other co-defendant or co-conspirator has moved to dismiss or withdraw their guilty pleas.

Defendant Broussard's requests for recusal of the United States Attorney for the Eastern District of Louisiana and his office based on prosecutorial misconduct and Grand Jury leaks have previously been rejected by this Court. Defendant Broussard's motion for recusal at this stage in the proceedings of the case is also denied. In the first instance, he has waived such alleged defects by pleading guilty to conspiracy and theft and by admitting the criminal facts underlying these convictions. In the second instance, Defendant Broussard essentially received the recusal relief sought. Blogger Salvador Perricone has resigned and blogger Jan Mann has been demoted. The former United States Attorney Jim Letten has resigned and been replaced. There is a new sheriff in town.

The Court similarly rejects Defendant Broussard's request for an evidentiary hearing to determine the extent of alleged prosecutorial misconduct that may have occurred during his investigation and criminal prosecution. "A plea of guilty admits all the elements of a formal criminal charge and waives all non-jurisdictional defects in the proceedings leading to conviction." *United States v. Cothran*, 302 F.3d 279, 285-86 (5th Cir. 2002) (quotation marks omitted); *see also Tollett v. Henderson*, 93 S.Ct. 1602, 1606-09 (1973); *United States v. Owens*, 996 F.2d 59, 60 (5th Cir. 1993); *United States v. Bell*, 966 F.2d 914, 915 (5th Cir. 1992). This includes, but is not limited to, waiver of "claims of governmental misconduct during the investigation and improper motives for prosecution." *Cothran*, 302 F.3d at 286.

No jurisdictional defects are alleged or have been observed. With no timely motion to withdraw his pleas of guilty, holding an evidentiary hearing affords little gain when balanced against the appropriate conclusion of this criminal litigation—the sentencing of a defendant who by his own sworn public admissions is guilty of the crimes charged and has been found so.

    All relief is denied.

    ORDERED this 23rd day of January, 2013.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE